1  THE LAW OFFICE OF PETER SWARTH
   PETER SWARTH, SBN 143573
2  4804 Laurel Canyon Blvd., #232
   North Hollywood, CA 91607
3  Telephone:     (323) 850-1202
   Facsimile:     (323) 850-0300
4  E-Mail:        pswarth@ca.rr.com

5  Attorney for Defendant
   Demond Lee

**DENIED**

BY ORDER OF THE COURT
S. James Otero
United States District Judge
12/18/2008

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>                Plaintiffs,  )<br>  )<br>        v.  )<br>  )<br>DEMOND LEE,  )<br>  )<br>                Defendant.  )<br>  )<br>  )<br>  )<br>  )<br>_____ ) | CASE NO: 07-1215-SJO-9<br><br>[PROPOSED] ORDER ON DEMOND LEE'S MOTION TO EXTEND TIME TO FILE MOTION FOR NEW TRIAL<br><br>HONORABLE  S. JAMES OTERO |

GOOD CAUSE HAVING BEEN SHOWN:

IT IS HEREBY ORDERED that the time for Demond Lee to file his Motion for a New Trial is extended to, and Demond Lee's Motion for New Trial shall be filed no later than _____, 200____.

IT IS SO ORDERED.

Dated

_____
S. JAMES OTERO
UNITES STATES DISTRICT JUDGE